**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWARD BENNETT,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-11-2286** |
| v. : | |
| : | **(Judge Caputo)** |
| **JERRY WALSH,** *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW,** this **22nd** day of **SEPTEMBER, 2014**, upon consideration of the

Petition for Writ of Habeas Corpus (Doc. 8), and in accordance with the

accompanying memorandum, it is hereby **ORDERED** that:

1. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 8) is **DENIED** as time barred.

2. Mr. Bennett's Motion to Stay (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　　　**/s/ A. Richard Caputo**
　　　　　　　　　　　　　　　　　　**A. RICHARD CAPUTO**
　　　　　　　　　　　　　　　　　　**United States District Judge**